UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                           CHAPTER 13 CASE

Alyssha M Corrigan                               CASE NO. 09-60614
Matthew D Corrigan
                                                 ORDER
                    Debtors.

_____


        The above-entitled matter is before the court on the motion of US Bank N.A. as successor

by merger to the Leader Mortgage Company seeking relief from the stay of actions imposed

pursuant to 11 U.S.C. § 1322.  Based upon all files and records;

        It is hereby ordered:

        1.      The motion by Movant is hereby denied.

        2.      The debtors shall cure the post petition arrears in a total amount of $4,403.44 with

the breakdown as follows:

                Payments October, 2010 to January, 2011 @ $867.12 = $3,468.48
                Late Charges = $138.72
                Property Inspections $100.00
                Attorney Fees and Costs = $700.00
                (Suspense) = ($3.76)
                 TOTAL:                          $4,403.44

        3.      The post petition arrears shall be cured by a payment being received by the office

of Wilford & Geske on or before January 31, 2011 in the amount of $2,500.00.  The remaining

balance of $1,903.44 shall be cured by six payments in the amount of $317.24 commencing

February 15, 2011 and continuing through July 15, 2011.  These payments are in addition to the

regular monthly mortgage payment and shall be sent directly to the mortgage company.

        4.      The debtors shall continue to pay regular monthly payments on this account as

and when such payments become due, commencing February 1, 2011.

5. Debtor shall also remain current with the Trustee.

6. In the event the debtors does not comply with any of the above terms, Movant, its assigns or successors in interest, will be entitled to ex parte relief from the stay upon expiration of ten calendar days after service by U.S. Mail of an Affidavit of Default upon the debtors and their attorney; and upon failure by the debtors to cure the same. If a default notice issues and the default is cured within the ten days allowed, Movant will be entitled to $75.00 as compensation for attorney fees incurred relative to the issuance of that notice. Notwithstanding Fed. R. of Bankr. P. 4001(a)(3), this order is effective immediately.


_____                /e/ Dennis D. O'Brien
Dated : February 3, 2011                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/03/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk